**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Joubin Mortezapour

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUBIN MORTEZAPOUR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BOSTON MARKET CORPORATION,<br><br>                    Defendant. | Case No.:  2:21-cv-02634-MCS-E<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff JOUBIN MORTEZAPOUR ("Plaintiff") hereby dismisses the above-entitled action against Defendant BOSTON MARKET CORPORATION ("Defendant") without prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear their own attorneys' fees and costs.

Dated: April 5, 2021               Respectfully submitted,

                                          **KAZEROUNI LAW GROUP, APC**

                                          By:   /s/ Mona Amini
                                                   ABBAS KAZEROUNIAN, ESQ.
                                                   MONA AMINI, ESQ.
                                                   PAMELA PRESCOTT, ESQ.

                                          *Attorneys for Plaintiff*

# **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On April 5, 2021, I served the herein described document(s):

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 5, 2021 at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ